IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02535-RPM-PAC

ECCLESIA L.V.X. OCCULTA,
(CHURCH OF THE HIDDEN LIGHT)

    Plaintiff,

v.

PAUL KOBEY,

    Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

IT IS HEREBY ORDERED, that the within action be and hereby is dismissed with prejudice, each party to pay its own costs, inasmuch as it appears to the Court from the stipulation of counsel that a compromise of all pending claims existing between all parties has been concluded.

DONE AND SIGNED this 22nd day of January, 2007.

        **BY THE COURT**

        s/Richard P. Matsch

        _____
        Judge